UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(GREENVILLE DIVISION)

| | | |
|---|---|---|
| Charles Hines, | ) | |
| Plaintiff/Petitioner/USA, | ) | Case No. 6:24-cv-04568-BHH-KFM |
| | ) | |
| v. | | |
| | ) | **Motion** |
| Integrated Facility Services, | ) | **in Support of** |
| Defendant/Respondent. | ) | ***Pro Hac Vice* Application** |
| | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Jeremy Stephens, be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    X    Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; X does not intend to oppose

    ☐    Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

    _____

    _____

    ☐    No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Morgan & Morgan, PA | Dylan Bess |
| Firm Name | Name of Local Counsel |
| 191 Peachtree Street, NE, Suite 4200 | /s/ Dylan Bess |
| Street Address or Post Office Box | Signature of Local Counsel |
| Atlanta, Georgia, 30303 | Local Counsel for Plaintiff |
| City, State, Zip Code | District of South Carolina |
| (404) 965-1886 | Federal Bar Number 101648 |
| Telephone Number | |
| dbess@forthepeople.com | |
| E-Mail Address | revised 09/19/05 |